IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Kodiak Oil and Gas (USA) Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Arrow Pipeline, LLC, and Arrow | ) | |
| Midstream Holdings, LLC,, | ) | |
| | ) | Case No. 4:12-cv-014 |
| Defendants. | ) | |

Before the court are plaintiff's motions for attorneys Michael J. Abrams and Jehan Kamil Moore to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Michael J. Abrams and Jehan Kamil Moore have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, plaintiff's motions (Docket Nos. 3 and 4) are **GRANTED**. Attorneys Michael J. Abrams and Jehan Kamil Moore are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 1st day of February, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge